# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2012 JAN -6  P 12:55
U.S. DISTRICT COURT
NEW HAVEN, CT

Daniel Henderson
Genevieve Henderson

    vs.

John Williams,
The Meriden Police Department
The City of Meriden
Milsagle
Baustien
Rivera
Rodriguez
Scheen
Topulous
Crawford
Calvo

3:10 CV1621 (MRK)

The Honorable Mark R. Kzravtiz

January 1, 2012

## FOURTH AMENDED COMPLAINT

To the United States District Court of Connecticut, the Plaintiff, Daniel Henderson, respectfully amends his 9-1-11 Third Amended Complaint, and brings this **Civil Rights Action** for legal and equitable relief under 42 U.S.C. Sec. 1983 against above named Defendants, alleging **Deprivations** Under Color of Law of rights secured by the Federal Constitution. Plaintiff complains and says:

### PARTIES

1. **PLAINTIFF**:

    **(A) Daniel Henderson**, hereinafter referred to as "Daniel," of 900 Highland Avenue, Cheshire, Ct., 06410, at all times mentioned herein, resided in the Basement apartment at 22 Lake Road, Middlefield, Ct. 06455.

**(B) <u>Genevieve Henderson</u>**,

hereinafter referred to as "Ms Henderson" of 22 Lake Road, Middlefield, Ct., at all times mentioned herein, <u>has exclusive title and ownership</u> of the 3-Unit residence located at <u>22 Lake Road and her safe deposit box</u>, both of which have been **unlawfully enter**ed and her savings removed and withheld to date.

Ms Henderson is above reproach, a long time productive member of society, and now retired. She has worked in the legal field in various capacities over 35-years. Ms Henderson worked in the Connecticut Judicial System, was formerly a Paralegal, Ombudsman for the Long Term Care Elderly, held positions of Trust, and is a Notary Public.

It's important to mention that Ms. Henderson **DOES NOT** have a <u>criminal record</u>, nor a <u>Motor Vehicle Record</u> of any kind. AND, **she has never been a "person of interest" in any investigation**, barring the Connecticut State Police "mandatory" investigation before issuing her an Insurance Producers License for Bail Bonds (investigations are bi-yearly upon license renewals (for 15-yrs); including "mandatory" investigation by the FBI and Homeland Security to own and operate ATM Machines.

Her resume' is lengthy and impressive, and she's never been accused of any wrong doing by any person or agency whatsoever, however, WITHOUT HER NAME MENTIONED in any reports, or statements, she is the VICTIM of Defendant(s) unlawful search and seizure of her person, home, papers, effects, and savings, she prays justice is done.

```
DEFENDANTS: Tom Topulous; Sgt. Crawford; Sgt. Calvo; Are all
Connecticut State Troopers Head Quartered at 1111 Country
Club Rd. Middletown, Ct.
```

2. **DEFENDANTS**:

(a) **John Williams,** Meriden Police Detective who **did swear to facts he knew NOT TO BE TRUE**, causing others to unlawfully enter Plaintiffs' homes.

He also unlawfully entered Ms Henderson's safe deposit box, which was in her name only, removed the contents, and to date, has withheld the same.

(b) **The Meriden Police Department**,

(c) **The City of Meriden**, 142 East Main Street, Meriden, Ct., 06451,

(d) **Robert Milsagle**, Meriden Police Detective,

(e) **Sgt. R. Baustien**, Meriden Police Detective,

(f) **Officer Rivera**, Meriden Police Detective,

(g) **Officer Rodriguez**, Meriden Police Officer,

(h) **Officer Scheen**, Meriden Police Officer.

Addresses of all Defendants, other than City of Meriden, is The Meriden Police Department, 50 West Main Street, Meriden, Ct., 06451, and, **are sued in their individual and official capacities**, and, **are liable jointly and severally**.

3. **FACTS**

A. On or before January 20, 2009, Defendant Williams and Baustien represented the following Statement as truthful, reliable, and corroborated, knowing the same **was not**.

(I) "That 22 Lake Road is a single family... Home."

(ii) "probable cause to believe 22 Lake Rd... is being used on a consistent basis to... promote prostitution [by forcing persons into prostitution or employing minors in prostitution]."

**B.** **Williams' untruthful and uncorroborated statements** above, and like statements, caused other Defendants to unlawfully enter both Plaintiffs' homes and commit other unlawful acts, including Williams' entry into Ms Henderson's safe deposit box, siezed the contents, and to date, has failed to return the same.

**C.** Ms Henderson was NOT A TARGET nor was she accused in any report, or statement **for wrong-doing of any sort.** She has not so much as been cited for a traffic violation her entire life.

**D.** Daniel is named by Williams as residing at 22 Lake Rd, Middlefield, Ct

**E.** The 22 Lake Road residence is a 3-Unit home with 3 separate families residing in 3 separate units/apartments.   **All 3 Units have their own separate and distinct entrances** with **NO INTERIOR ACCESS** to, or between, any of the other apartments (which Middlefield Troopers were fully aware of).

**F.** Middlefield Town records indicate 22 Lake Road as multi-unit.

**G.** Middlefield Town web-site indicates **22 Lake Road** is multi-unit, as it has a **different "Land Use Code"** than a Single Family House.  And,  a different "Land Use Description" which differentiates "Single Family" from a "Multi-Unit." Sewer Assessment, and Sewer Use taxes are based on Single Family or Multi Unit.

**H.** Middlefield Resident State Trooper, Tom Topulos, informed Defendants prior to their 1-20-09 entry into all 3 Units, that 22 Lake Road has 3 separate units with 3 separate families living in each unit/apartment; however, as of 12-16-11, the Meriden defendants claim it was the Trooper(s) who caused Meriden to believe 22 Lake Rd. is a **single family home,** therefore, if true, makes the Troopers liable to Plaintiffs.

(I) Defendant Milsagle's 2-2-09 Incident Report stated that;

"We were aware that Genevieve Henderson, the target's Mother, **lived on the First Floor** . . . All floors were hit simultaneously . . . It should be noted that nothing was seized."

(J) Williams stated in his 1-21-09 incident report that;

" search warrants were completed for the 2041 Club and for David Henderson's residence at 22 Lake Road, Middlefield, Ct."

(K) David Henderson resides in the 2nd floor unit at 22 Lake Road, that Williams describes in his 1-20-09 Search Warrant as follows:

" This home has lots of windows and a interior stairwell that leads to a loft viewable from outside."

(L) January 20, 2009, excluding Williams, the other Defendant(s) broke through both of the Plaintiffs' doors and entered:

(1) Ms Henderson's First floor home;

(2) The Defendant pointed and held a gun directly at her;

(3) The same Defendant ordered her to the floor;

(4) **The shock of the break-in and the gun pointed at her**, made Ms Henderson immediately hyperventilate, she become ill and shaky, and made her way to the couch;

(5) When Middlefield Resident State Trooper, Tom Topulos, entered her home, he immediately saw Ms Henderson in distress.  He called an ambulance and attempted to ease her anxiety regarding the break-in and gun occurrences;

(6) On or after January 20, 2009, Defendant Williams and others, unlawfully entered and seized the contents of Ms Henderson's safe deposit box, of which to date, has not been return;

(7) As a result of Defendants' actions, <u>Ms Henderson feels unsafe and insecure in her home</u> and effects.   She experiences a "panicky" feeling at the sound of vehicles entering her driveway.

(8) Other Defendants broke into Daniel's basement apartment.

(9) **Two (2) Defendants started beating Daniel** and roughing up Lori, **then handcuffed Daniel and his sons behind their backs** and herded them all into Daniel's bedroom;

(10) While still handcuffed, some **Defendants became verbally** and **physically abusive, pulling Daniel's hair while shouting threats** of more harm to Daniel until his teenage **daughter**, Julie Henderson, **became hysterical, crying and pleading with them** to  "<u>stop hurting my father</u>."

(11) After ransacking Daniel's basement apartment and threatening him while doing so, **Defendants left without making any arrests nor seizing evidence.**

(12) As a result of Defendants actions, Daniel was bruised, battered, insulted, and embarrassed in front of his family/children, he experiences anxiety and difficulty sleeping.

**(13)** Ms. Henderson's safe deposit box was in her name ONLY, no one else's. Ms Henderson will continue to be irreparably injured by the seizure of her safe deposit box by Defendant Williams, unless the Honorable Judge Kravitz grants the Injunctive Relief Plaintiff seeks.

## LEGAL CLAIM

Plaintiff reaffirms and incorporates by reference, paragraphs 1 through 3, including all above paragraphs and makes each and every one a part of each separate Cause of Action that follows:

Because the above described Defendants knew or should have known, that their actions as described in this Complaint, would and did cause:

(a) **The Unlawful Entry** and Search of both Plaintiffs' homes;

(b) **The Unlawful Seizure** of each Plaintiff's person;

(c) **The Unlawful Seizure** of Ms Henderson's safe deposit box;

(d) **The Unlawful Assault** and/or Battery of Daniel;

Causing both Plaintiffs to sustain physical and emotional pain and suffering, making said Defendants Liable to each Plaintiff, and does <u>Violate</u> the following clearly established Constitutional Rights:

## FIRST CAUSE OF ACTION:

Williams, and/or any other Defendant, to unlawfully or otherwise enter Ms Henderson's safe deposit box without cause, and seize her savings, **Violates Ms Henderson's Right to be secure in her papers, effects, and/or property against unreasonable search and/or seizure** under the 4th and/or 14th Amendments to the U.S. Constitution, and 5th Amendment U.S. Const.

**SECOND CAUSE OF ACTION:**
**Williams and/or Baustien, was "deliberately Indifferent" by swearing under oath FALSELY** to facts that did not exist, that caused other Defendants to unlawfully enter Ms Henderson's First Floor home, and Daniel's basement apartment at 22 Lake Road on January 20, 2009, and Violated both Plaintiffs' Rights to be secure in each of their persons, houses, papers and effects, against Unreasonable Search and/or Seizure under the 14th and/or 4th Amendments to the U.S. Constitutional.

**THIRD CAUSE OF ACTION:**
Knowing that **Ms Henderson lived alone in the first floor** apartment, AND, **she was NOT A TARGET**, NOR has she ever been involved or associated with David Henderson's business in any way, **Defendant terrorized Ms Henderson by his "hard entry" (busted open the door - pointed a gun directly at her), and shouting for her to get on the floor,** did Violate Ms Henderson's right to be secure in her person, home, papers, and effects, against **Unreasonable Search and/or Seizure** under the 4th and/or 14th Amendment to the U.S. Constitution.

**FOURTH CAUSE OF ACTION:**
Defendants' Unlawful **"home invasion"** as described in the Third Cause of Action of Ms Henderson's home, and the **"terror"** they caused Ms Henderson, **constitutes Cruel and Unusual Punishment**, in that Defendant's conduct under the instant circumstances, **shocks the conscience**, and/or is a gross abuse of Governmental Authority, and violates the 8th and/or 14th Amendments of the U.S. Constitution.          8 of 12

**FIFTH CAUSE OF ACTION**:
Defendant(s) Unlawful Entry and/or Search of Daniel's basement apartment Violates Daniel's Right to be Secure in his person, Home, papers, and effects, against Unreasonable Search and/or Seizure under the 4th and/or 14th Amendments to the U.S. Constitution.

**SIXTH CAUSE OF ACTION**:
Because Defendant(s) seized Daniel in his own home Violates Daniel's Rights to be secure in his person, home, papers, and/or effects, against Unreasonable Search and/or Seizure under the 4th and/or 14th Amendments to the U.S. Constitution.

**SEVENTH CAUSE OF ACTION**:
Defendant(s) Assault, and/or Battery of Daniel during Defendants' entry and search of his home, constitutes **Cruel and Unusual Punishment** in that Defendants' conduct, as described herein, **shocks the conscience** and/or is a **Gross Abuse of Governmental Authority** and violates the 8th and/or 14th Amendments to the U.S. Constitution.

**EIGHTH CAUSE OF ACTION**:
The Meriden Police Department is liable to Plaintiffs for each deprivation and/or Violation stated above due to its policies, rules, and/or practices, or lack thereof, that allowed/authorized said Defendants to violate and/or deprive clearly established constitutional Rights of each Plaintiff as stated herein.

**NINTH CAUSE OF ACTION:** The City of Meriden is liable to plainitffs in the same manner, way, and form, as stated in the Eighth Cause of Action.

**TENTH CAUSE OF ACTION:** The Connecticut State Trooper(s) are liable to plaintiffs for each deprivation/violation stated above, by causing the Meriden Defendants to believe that 22 Lake Rd. is a single family home, when the Town Hall records evidence said home is milty unit, and has been for more then twenty yrs..

## DEFENDANT(S) ACTIONS constitutes the TORTS of:

A. **Malicious Prosecution** per C.G.S. 52-568 and/or 52-557n.

B. **Theft** per Common-Law and/or 52-564 of C.G.S.

C. **Battery** per Common-Law.

D **False Imprisonment** per Common-Law.

E. **Intentional Infliction** of Emotional Distress in that Defendant(s) conduct described above was extreme and outrageous.

F. **Negligent Infliction** of Emotional Distress, in that Defendant(s) conduct described above was unreasonable.

G. **Negligence** per Common-Law and/or 52-572h of C.G.S.

H. **Fraudulent Misrepresentations**.

I. **Excessive Force**.

J. **Trespass**.

**WHEREFORE**, Plaintiffs pray for the following relief:

**(A)** <u>Issue</u> a preliminary and permanent Injunction enjoining each named Defendant, their agents and/or employees, and/or anyone acting in their stead, to return the contents of Ms Henderson's safe deposit Box comprising her savings.

**(B)** <u>Award</u> "Compensatory Damages" in the amount of $100,000.00 against each named Defendant, jointly and severally, for each separate "Deprivation" each Plaintiff suffered from, whether the injuries were physical and/or emotional, or in any other fashion or manner.

**(C)** <u>Award</u> Punitive Damages in the amount of $1,000,000.00.

**(D)** **Grant** such other relief as justice and equity may demand.

Respectfully Submitted,
PLAINTIFFS
Daniel Henderson
Genevieve Henderson

*[signature]*

Daniel Henderson 125223
900 Highland Avenue
Cheshire, Ct.  96410

## VERIFICATION

Pursuant to 28 U.S.C. Sec.1746, I, Daniel Henderson, And the Plaintiffs in the foregoing Complaint and I have Personally read the same, and know the contents are true, correct, and accurate, to the best of my knowledge and belief, so help me God.

Executed at Cheshire, Ct., December 1, 2011.

DECLARENT

1-4-12

Daniel Henderson

## CERTIFICATION

I hereby declare that a copy of the Complaint was mailed to Attorney Martha Shaw at 65 Wethersfield Avenue, Hartford, Ct. on ~~December 12, 2011~~ 1-5-11

Daniel Henderson

& Summons & complaint to Troopers Topulos, Crawford, & Calvo 1111 Country Club Rd. Middletown Ct 06457 which is the Connecticut State Police Head- Quarters & Commissioner's office for said Troopers.